

FILED

12/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0474

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0474

_____

IN RE THE MARRIAGE OF:

ROGER L. ROWE,

      Petitioner and Appellant,

and

MARI E. ROWE,

      Respondent and Appellee.

_____

FILED

DEC 08 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for extension of time to file the opening brief and good cause appearing,

IT IS ORDERED the Appellant's opening brief shall be filed on or before January 6, 2023.

DATED this _____ day of December, 2022.

For the Court,

_____
Chief Justice